JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                      U.S. District Court

**Place of Offense:**          Under Seal: Yes __X__ No _____    Judge Assigned: _____

City _____  Superseding Indictment _____  Criminal Number: _____

County/Parish __Manassas__   Same Defendant _____  New Defendant __X__ _____

                             Magistrate Judge Case Number 1:19-mj- _2̶6̶1̶_  Arraignment Date: _____

                             Search Warrant Case Number _____

                             R 20/R 40 from District of _____

                             Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes** ____ **No** __X__  **FBI #** _____

**Defendant Name:** THOMAS ERIK SMITH _____  Alias Name(s) _____

**Address:** _____

**Employment:** _____

Birth date xx/xx/1984 SS# xxx-xx9302 Sex __M__ Def Race __Black__   Nationality __American__  Place of Birth _____

Height __6'04"__  Weight __190__  Hair __Black__   Eyes __Brown__   Scars/Tattoos _____

   Interpreter: __X__ No ____ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody    ____ On Pretrial Release    __X__ Not in Custody

__X__ Arrest Warrant Requested   ____ Fugitive               ____ Summons Requested

____ Arrest Warrant Pending      ____ Detention Sought       ____ Bond

Defense Counsel Information:

Name: _____  ____ Court Appointed    Counsel conflicted out: _____

Address: _____  ____ Retained

Telephone: _____  ____ Public Defender   Federal Public Defender's Office conflicted out: _____

U.S. Attorney Information:

SAUSA La'Nese Clarke   Telephone No: 703-299-3737   Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

John Parodi, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 6/5/19   Signature of SAUSA: _____